UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joseph Anthony Lehman,

    Plaintiff,

        v.                          Case No.   1:25cv423

Bonhams & Butterfield's
Auctioneers Corporation,

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendations ("R&R") filed by the Magistrate Judge on June 26, 2025 (Doc. 4) and July 2, 2025 (Doc. 9).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's R&Rs (Docs. 4 & 9) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&Rs (Docs. 4 & 9) of the Magistrate Judge are hereby **ADOPTED.**  Consistent with the recommendation by the Magistrate Judge in the June 26, 2025, R&R (Doc. 4), Plaintiff's motions to proceed in forma pauperis (Docs. 1, 3) are **DENIED.** Consistent with the recommendation by the Magistrate Judge in the July 2, 2025, R&R (Doc. 4), the Plaintiff's Motion for Temporary Restraining Order (Doc. 7) is **DENIED.** The R&R recommended that if the recommendation was adopted the Plaintiff be granted an extension of thirty (30) days

1

from the date of any Order adopting the R&R to pay the required filing fee of $405.00.

The Plaintiff paid the $405.00 Filing Fee on June 30, 2025 (Doc. 5).

    **IT IS SO ORDERED.**

                                           *s/Michael R. Barrett*
                                           Michael R. Barrett, Judge
                                           United States District Court